

The request is GRANTED. The Parties are to file a letter requesting an initial case management conference within one week of receiving a decision on the MTD unless it's granted in full. SO ORDERED.

*Jennifer E. Willis*

JENNIFER E. WILLIS
UNITED STATES MAGISTRATE JUDGE
February 26, 2026

February 24, 2026

**<u>Via ECF</u>**

The Honorable Jennifer E. Willis
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

   **Re: The Francis Firm PLLC v. Berkshire Hathaway Direct Insurance Company d/b/a biBERK**
     **<u>Docket No. 25-cv-09798 (DEH)</u>**

Dear Judge Willis:

   This firm represents Defendant, Berkshire Hathaway Direct Insurance Company, sued herein as Berkshire Hathaway Direct Insurance Company d/b/a biBERK ("BHDIC") in the above-referenced matter, which is currently scheduled for an initial pretrial conference before Your Honor on March 17, 2026. We write to respectfully request an adjournment of the initial pretrial conference, as well as the parties' Rule 26 obligations, pending the resolution of BHDIC's Motion to Dismiss, which has been fully submitted to the Court. Plaintiff, The Francis Firm PLLC ("Francis Firm"), consents to this request. There have been no previous requests for an adjournment or extension of time regarding the initial pretrial conference.

   This is an insurance coverage dispute arising out of a professional liability insurance policy BHDIC issued to Francis Firm. Francis Firm seeks a declaration of BHDIC's duty to defend it in an underlying adversary proceeding pending in bankruptcy court, and also asserts claims for breach of contract and breach of the implied duty of good faith and fair dealing. BHDIC responded to the Complaint via a Motion to Dismiss under Rule 12(b)(6), arguing that it has no duty to defend Franics Firm under the policy for the adversary proceeding and, as a matter of law, the Complaint should be dismissed in its entirety.

   Thank you for your time and attention to this matter.

     Respectfully submitted,

     **GOLDBERG SEGALLA LLP**

     /s/Marci Goldstein Kokalas, Esq.
     Marci Goldstein Kokalas (MGK 1951)

**Please send mail to our scanning center at: PO Box 847, Buffalo NY 14201**

**OFFICE LOCATION** 1037 Raymond Boulevard, Suite 1010, Newark, NJ 07102-5423 | **PHONE** 973-681-7000 | **FAX** 973-681-7101 | **www.goldbergsegalla.com**
CALIFORNIA | CONNECTICUT | DELAWARE | FLORIDA | ILLINOIS | NEW JERSEY | NEW YORK | NORTH CAROLINA | MARYLAND | MISSOURI | PENNSYLVANIA